IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANI PHARMACEUTICALS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1097 (MN) |
| | ) |
| METHOD PHARMACEUTICALS, LLC | ) |
| and MATTHEW SCOTT TUCKER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on October 5, 2017, Defendants, Method Pharmaceuticals, LLC and Matthew Scott Tucker (collectively "Defendants") filed a Motion to Dismiss Under Federal Rule of Civil Procedure 12(B)(2) or, in the Alternative, Transfer Venue (D.I. 11);

WHEREAS, this case was reassigned to the undersigned on November 13, 2018;

WHEREAS, three days later, on November 16, 2018, Defendants filed a motion with the catchy title "Motion to Stay Pending Decision on Defendants' Thirteen-Month-Old Motion to Dismiss or, in the Alternative, Transfer and for Accelerated Briefing Schedule and Expedited Ruling" (D.I. 44);

WHEREAS, in their motion Defendants request a stay because "their Motion [to Dismiss or Transfer] should have been decided long ago" and "[b]ecause it was not . . . Defendants are expending resources" litigating this case (D.I. 44 at 1);

WHEREAS, the Court has reviewed the original motion (D.I. 11) and notes that it seeks dismissal solely under Rule 12(b)(2) for lack of personal jurisdiction or, in the alternative, a transfer of the case to the Northern District of Texas;

WHEREAS, even if the Court were to grant the motion to dismiss under Rule 12(b)(2), the Court has discretion to transfer the case pursuant to 28 U.S.C. § 1404(a);

WHEREAS, discovery taken while the motion to dismiss is pending may be relevant whether the case goes forward in this District or the Northern District of Texas;

THEREFORE, IT IS HEREBY ORDERED this 19th day of November 2018 that the motion to stay (D.I. 44) is DENIED.

IT IS FURTHER ORDERED that the parties shall update the Court on or before December 13, 2018 as to whether any additional information regarding personal jurisdiction has been obtained since the original briefing. The Court will then address the motion to dismiss (D.I. 11) in due course.

_____
The Honorable Maryellen Noreika
United States District Judge