**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302) 888-6335

Writer's E-Mail Address:
ejuray@prickett.com

December 13, 2018

**BY EFILING**
**AND BY HAND**

The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

    RE:    *ANI Pharmaeuticals, Inc. v Method Pharmaceuticals, LLC and Matthew Scott Tucker*, C.A. No. 17-1097 (MN)

Dear Judge Noreika:

As directed by the November 19, 2018 Order (D.I. 45), I write on behalf of all parties to the above-captioned action to state that no additional information regarding personal jurisdiction has been obtained since the original briefing on Defendants Method Pharmaceuticals, LLC and Matthew Scott Tucker's motion to dismiss (D.I. 11).

Counsel are available if Your Honor requires any further information.

Respectfully submitted,

*/s/ Eric J. Juray*

Eric J. Juray
(DE Bar No. 5765)

EJJ/ksj
cc:    All counsel of record (via CM/ECF)